J. Castellucci Excavating et al. *v.* Sprys, Appellant.

Submitted November 17, 1975. *Allen N. Brunwasser*, for appellant; *Frank J. Kernan*, and *Plowman & Spiegel*, for appellee.

Order affirmed.

SPAETH, J., would quash the appeal.

PRICE, J., did not participate in the consideration or decision of this case.